JENNIE SEROUR, as Administratrix of the Estate of JULIA SEROUR, Deceased, Respondent, v. CATHERINE TEHAN et al., Appellants.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.